AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

JUN 2 5 2026

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY:_____Deputy

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:26-mj-75-CSD |
| | ) | |
| GREGINALD WILLIAMS | ) | Charging District:    Western District of Louisiana |
| *Defendant* | ) | Charging District's Case No.  5:26-cr-191 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Tom Stagg United States Court House<br>300 Fannin Street, Shreveport, Louisiana 71101<br>Before Judge Mark L. Hornsby | Courtroom No.:  3 |
| | Date and Time: 7/9/2026 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    06/25/2026

_____
*Judge's signature*

Craig S. Denney, U.S. Magistrate Judge
*Printed name and title*